UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JABALI JACKS,

        Plaintiff,

    v.

CITY OF HAYWARD, et al.,

        Defendants.

Case No.  16-cv-2300-EMC

**SUPPLEMENTAL BRIEFING ORDER**

      The Court requires additional information from Plaintiff Jabali Jacks regarding the exhibit attached to his declaration in support of his opposition to Defendants' Motion to Dismiss.  Docket No. 22 (Jacks Dec.), Exh. 1.  Specifically, the court requires further authentication of Exhibit 1, as well as a full explanation of what the document is and how it is connected to his criminal proceedings.  Plaintiff's supplemental briefing must be filed by **Friday**, **July 15, 2016**.

      **IT IS SO ORDERED**.

Dated: July 8, 2016

_____
EDWARD M. CHEN
United States District Judge