1 | JOHN L. BURRIS Esq.(SBN 69888)
DeWITT LACY, Esq. (SBN 258789)
2 | Law Offices of John L, Burris
Airport Corporate Centre
3 | 7677 Oakport Street, Suite 1120
Oakland, California 94621
4 | Telephone:(510) 839-5200
Facsimile:(510) 839-3882
5 |
Attorneys for Plaintiff JABALI JACKS
6 |
MICHAEL S. LAWSON (SBN 048172)
7 | City Attorney
RAYMOND R. ROLLAN (SBN 304548)
8 | Deputy City Attorney
CITY OF HAYWARD
9 | 777 B Street, 4th Floor
Hayward, CA 94541-5007
10 | Tel: (510) 583-4450
Fax: (510) 583-3660
11 | Raymond.rollan@hayward-ca.gov

12 | Attorneys for Defendants
CITY OF HAYWARD, OFFICERS TRAN, FARIA & JAVIER
13 |

14 | **UNITED STATES DISTRICT COURT**

15 | **NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)**

16 |

17 |                                                   C16

18 | JABALI JACKS,                        CASE NO.:  ~~CV~~-02300 EMC

19 |              Plaintiff,             **STIPULATION AND [~~Proposed~~] ORDER OF**
20 | v.                                  **DISMISSAL OF ENTIRE ACTION WITH**
                                         **PREJUDICE**
21 | CITY OF HAYWARD, ET AL.

22 |              Defendants.

23 |

24 |

25 |        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through

26 | their attorneys of record, stipulate that the entire action including all claims against all

27 | defendants shall be dismissed with prejudice, each party to bear its own costs and fees. The

28 | parties have fully executed the terms of a Release Agreement and dismissal should be granted

1 | pursuant to Federal Rule of Civil Procedure 41(a)(2).

2

3 | IT IS SO AGREED.

4

5

6 | DATED: December 9, 2016

**LAW OFFICES OF JOHN L. BURRIS**

7

8 | By:   */s/  *DeWitt M. Lacy*
Dewitt M. Lacy
9 | Attorney for Plaintiff
JABALI JACKS
10 | *Mr. Lacy has consented to this document being
*filed electronically.*
11

12

13 | DATED: December 9, 2016

CITY OF HAYWARD

14

15 | By:                        /S/
Raymond R. Rollan, Deputy City Attorney
16 | Attorneys for Defendants

17

18

19

20

21

22

23

24

25

26

27

28

Jacks v. City of Hayward
Case No. C16-02300 EMC                    -2-                    Stipulation and [Proposed] Order
of Dismissal of Entire Action with Prejudice

1

**ORDER**

2

3    IS IT HEREBY ORDERED that Defendant City of Hayward, Officer Rick Tran, Officer

4    James Javier and Officer Jason Faria, and DOES 1-25 are dismissed with prejudice from this

5    action, each party to bear its own costs and fees.

6

7

8    Dated:    12/13/2016

HONORABLE EDWARD M. CHEN

9



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jacks v. City of Hayward
Case No. C16-02300 EMC
-3-
Stipulation and [Proposed] Order
of Dismissal of Entire Action with Prejudice